**Order filed, November 19, 2014.**



In The

# Fourteenth Court of Appeals
———————

## NO. 14-14-00408-CV
———————

### GIOVANNY LAGUAN, Appellant

### V.

### R.D. PARIKH, Appellee

---

**On Appeal from the County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 14-CCV-052722**

---

## ORDER

The reporter's record in this case was due **September 09, 2014**. On **September 17, 2014**, the appellant filed a motion for extension of time to file the record which was granted until **November 10, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Roger Adair**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM